Victoria Laszlo and Edward Laszlo, Appellees, v. Sam H. Terao, Appellant.

Gen. No. 45,345.

Louis Jaffie, and Aaron Soble, for appellant; Nat M. Kahn, for appellees. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed June 7, 1951; rehearing denied June 19, 1951; released for publication June 19, 1951.